## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:13CR462 |
| vs. | ) | ORDER |
| **ANNA MARIE CHOVANCEK,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Anna Marie Chovancek (Chovancek) to modify the conditions of her pre-trial release (Filing No. 31). Following investigation by her pretrial service officer and her counselor at the Siena Francis House program, it appears Chovancek has made some progress in her treatment. However, it is too early for a release to the community. Upon consideration, the motion (Filing No. 31) is denied without prejudice.

**IT IS SO ORDERED.**

DATED this 2nd day of April, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge